AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00665 |
| Rachel Myers and Michael Gianos | ) | Assigned To : Faruqui, Zia M. |
| DOB: XXXXXX, XXXXXX | ) | Assign. Date : 11/22/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ in the District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Neil Larson*

*Complainant's signature*

Neil Larson, Jr., Officer

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  11/22/2021

*Judge's signature*

City and state:  Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*