AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Rachel Myers and Michael Gianos | ) Case: 1:21-mj-00665 |
|  | ) Assigned To : Faruqui, Zia M. |
|  | ) Assign. Date : 11/22/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Michael Gianos_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2)
40 U.S.C. § 5104(e)(2)(D) and (G)

Date:    11/22/2021                                     *Zia M. Faruqui*
                                                         *Issuing officer's signature*

City and state:    Washington, D.C.          Zia M. Faruqui, United States Magistrate Judge
                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/22/21, and the person was arrested on *(date)* 12/1/21
at *(city and state)* Marlton, New Jersey.

Date: 12/1/21
                                                         *Arresting officer's signature*

                                                         Jason Nouck, Special Agent FBI
                                                         *Printed name and title*