UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 22-074 JMC |
| | : | |
| RACHEL MYERS and | : | |
| MICHAEL GIANOS | : | |
| | : | |
| Defendants. | : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue Status Conference and to Toll and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

Defendants are charged by information with violations of 18 U.S.C. § 1752(a)(1) and (2) and 40 U.S.C. § 5104(e)(2)(D) and (G). The Government seeks a continuance of the August 9, 2022, status conference and a tolling of the time under the Speedy Trial Act as it has provided individualized discovery to Defendants, as well as significant global discovery generated from other sources and defense counsel needs sufficient time to review the information. The government also has not yet had an opportunity to provide a plea agreement to each defendant that they could then contemplate and potentially accept, thereby conserving judicial resources.

In this case, an ends-of-justice continuance is warranted under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv). In light of the Government's ongoing efforts to discover and provide discovery, and the reasonable time necessary for effective preparation by all parties taking into account the exercise of due diligence, the failure to grant such a continuance in this proceeding would be likely to make a continuation of this proceeding impossible or result in a miscarriage of justice. Accordingly, the ends of justice

served by granting a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, it is this  8th  day of August, 2022,

**ORDERED** that the United States' Unopposed Motion to Continue Status Conference and to Exclude Time Under the Speedy Trial Act, is hereby GRANTED; it is further

**ORDERED** that this proceeding is continued to Tuesday, October 11, 2022, at 1:00 PM, via Zoom; and it is further

**ORDERED** that the time from the date of the filing of the Government's Motion through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

_____
JIA M. COBB
UNITED STATES DISTRICT JUDGE