UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Cr. No. 22-074 JMC |
| | : | |
| **RACHEL MYERS and** | : | |
| **MICHAEL GIANOS** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Eric W. Boylan will be substituting for Assistant United States Attorney Jennifer M. Rozzoni in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ Eric Boylan
ERIC W. BOYLAN
Texas Bar No. 24105519
Assistant United States Attorney
601 D Street NW
Washington D.C. 20001
(202) 815-8608
eric.boylan@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 13th day of December 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

        By:    */s/ Eric Boylan*
              ERIC W. BOYLAN
              Texas Bar No. 24105519
              Assistant United States Attorney
              601 D Street NW
              Washington D.C. 20001
              (202) 815-8608
              eric.boylan@usdoj.gov