## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**United States**

    **Plaintiff**

    v.                                      **Criminal Case No.: 22-CR-0074 (JMC)**

**Michael Gianos**

    **Defendant**

### TRIAL EXHIBITS FOR THE UNITED STATES

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Stipulation/Witness |
|---|---|---|---|---|
| **100 SERIES – PHYSICAL EVIDENCE** | | | | |
| 101 | Blue flag with red stain and "Trump 2020" | | | |
| 102 | Black sweatshirt with "Don't Tread on Me" | | | |
| 103 | Red hat "Make America Great Again" | | | |
| 104 | CURRENTLY UNUSED | | | |
| 105 | Photo of Trump flags | | | |
| 106 | Photo of Trump flag stain | | | |
| 107 | Photo of sweatshirt 1 | | | |
| 108 | Photo of sweatshirt 2 | | | |
| 109 | Photo of sweatshirt 3 | | | |
| 110 | Photo of hat 1 | | | |
| 111 | Photo of hat 2 | | | |
| 112 | Photo of Come and Take it Flag | | | |
| 113 | Photo of Proud Boys Hats and Sweatshirts | | | |
| 114 | Gianos Hotel Records | | | |
| **200 SERIES – MONTAGE VIDEOS** | | | | |
| 201 | USCP January 6, 2021 Montage | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Stipulation/Witness |
|---|---|---|---|---|
| 202 | House and Senate Montage | | | |
| 203 | CCTV – West Front Time Lapse | | | |
| 204 | CURRENTLY UNUSED | | | |
| 205 | CURRENTLY UNUSED | | | |
| | | | | |
| **300 SERIES – U.S. CAPITOL CCTV** | | | | |
| 301 | Senate Wing Doors (interior) | | | |
| 302 | Crypt North | | | |
| 303 | Memorial Door 1 | | | |
| 304 | Rotunda South | | | |
| 305 | Hallway Second Floor 1 | | | |
| 306 | Hallway Second Floor 2 | | | |
| 307 | Hallway Second Floor 3 | | | |
| 308 | Hallway Second Floor 4 | | | |
| 309 | Hallway Second Floor 5 | | | |
| 310 | Memorial Door 2 | | | |
| 311 | Crypt South | | | |
| 312 | Memorial Door 3 | | | |
| 313 | Memorial Door (interior) | | | |
| 314 | VP Motorcade Leaving | | | |
| 315 | VP Stairwell | | | |
| 316 | CURRENTLY UNUSED | | | |
| 317 | CURRENTLY UNUSED | | | |
| 318 | CURRENTLY UNUSED | | | |
| 319 | CURRENTLY UNUSED | | | |
| 320 | CURRENTLY UNUSED | | | |
| | | | | |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Stipulation/Witness |
|---|---|---|---|---|
| **400 SERIES – MATERIAL FROM GIANOS PHONE, SOCIAL MEDIA, AND ICLOUD ACCOUNT** | | | | |
| 401 | Gianos Cell Phone Call Log | | | |
| 402 | Text Messages: Zack Rehl | | | |
| 403 | Text Messages: Lawrence Stackhouse | | | |
| 404 | Text Messages: Ian Smith | | | |
| 405 | Text Messages: UP6142 | | | |
| 406 | Text Messages: Stackhouse and Myers | | | |
| 407 | CURRENTLY UNUSED | | | |
| 408 | CURRENTLY UNUSED | | | |
| 409 | CURRENTLY UNUSED | | | |
| 410 | CURRENTLY UNUSED | | | |
| 411 | Facebook Messages: Myers | | | |
| 412 | Facebook Messages: Malitas | | | |
| 413 | Facebook Messages: Romano | | | |
| 414 | Facebook Messages: Thompson | | | |
| 415 | Facebook Messages: Lambros K. | | | |
| 416 | Facebook Messages: Frank | | | |
| 417 | Facebook Messages: Anna | | | |
| 418 | Facebook Messages: Stevenson | | | |
| 419 | Facebook Messages: Gena Marie | | | |
| 420 | Facebook Messages: Rajainmaa | | | |
| 421 | Facebook Message: DiSalvio | | | |
| 422 | Facebook Message: Rosado | | | |
| 423 | Facebook Profile: Gianos | | | |
| 424 | CURRENTLY UNUSED | | | |
| 425 | CURRENTLY UNUSED | | | |
| 426 | CURRENTLY UNUSED | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Stipulation/Witness |
|---|---|---|---|---|
| 427 | CURRENTLY UNUSED | | | |
| 428 | CURRENTLY UNUSED | | | |
| 429 | CURRENTLY UNUSED | | | |
| 430 | CURRENTLY UNUSED | | | |
| 431 | iCloud Video 1226 - Ellipse | | | |
| 432 | iCloud Video 1227 - March | | | |
| 433 | iCloud Video 1228 – Capitol – West Lawn | | | |
| 434 | iCloud Video 1229 – Capitol – NW Stairs 1 | | | |
| 435 | iCloud Video 1230 – Capitol – NW Stairs 2 | | | |
| 436 | iCloud Video 1231 – Capitol – NW Stairs 3 | | | |
| 437 | iCloud Video 1232 – Capitol – NW Stairs 4 | | | |
| 438 | iCloud Video 1233 – Capitol – NW Terrace | | | |
| 439 | iCloud Video 1234 – Inside Capitol 1 | | | |
| 440 | iCloud Video 1235 – Crypt 1 | | | |
| 441 | iCloud Video 1236 – Crypt 2 | | | |
| 442 | iCloud Video 1237 – Inside Capitol 2 | | | |
| 442 | iCloud Video 1238 – Rotunda | | | |
| 443 | iCloud Video 1239 – Inside Capitol 3 | | | |
| 444 | iCloud Video 1240 – Inside Capitol 4 | | | |
| 445 | iCloud Video 1241 – Inside Capitol 5 | | | |
| 446 | CURRENTLY UNUSED | | | |
| 447 | CURRENTLY UNUSED | | | |
| 448 | CURRENTLY UNUSED | | | |
| 449 | CURRENTLY UNUSED | | | |
| 450 | Apple iPhone Extraction Report 1 | | | |
| 451 | Apple iPhone Extraction Report 2 | | | |
| 452 | Apple iPhone Extraction Report 3 | | | |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Stipulation/Witness |
|---|---|---|---|---|
|  | **500 Series – Custodial Interview Audio Recording** | | | |
| 501 | Interview with Gianos | | | |
|  | **600 Series – Third Party Video** | | | |
| 601 | Approaching NW Steps | | | |
| 602 | NW Courtyard | | | |
| 603 | Crypt 1 | | | |
| 604 | Crypt 2 | | | |
| 605 | Memorial Door [ITV] | | | |
| 606 | Stairs to Second Floor 1 [ITV] | | | |
| 607 | Stairs to Second Floor 2 [ITV] | | | |
| 608 | Exiting Speaker's Office Suite [ITV] | | | |
| 609 | CURRENTLY UNUSED | | | |
| 610 | CURRENTLY UNUSED | | | |
| 611 | CURRENTLY UNUSED | | | |
| 612 | CURRENTLY USUSED | | | |
| 613 | CURRENTLY USUSED | | | |
| 614 | CURRENTLY USUSED | | | |
|  | **700 Series – Capitol Maps and Photos** | | | |
| 701 | Capitol Complex – Bird's Eye View Map | | | |
| 702 | Capitol Complex – Bird's Eye Photo | | | |
| 703 | Capitol Model – 3D | | | |
| 704 | Capitol Model – Top Down | | | |
| 705 | Capitol Model – NW Terrace 1 | | | |
| 706 | Capitol Model – NW Terrace 2 | | | |
| 707 | January 6, 2021 - Restricted Perimeter Map | | | |
| 708 | U.S. Capitol – First Floor Map | | | |
| 709 | U.S. Capitol – Second Floor Map | | | |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Stipulation/Witness |
|---|---|---|---|---|
| 710 | West Lawn Stock Photo | | | |
| 711 | West Front Stock Photo | | | |
| 712 | West Front Stock Photo with Inaugural Stage | | | |
| 713 | Peace Circle Closed Sign Photo ("Area Closed") | | | |
| 714 | Screenshot of Northwest Law Closed Sign ("Area Closed") | | | |
| 715 | Show Fencing Photo | | | |
| 716 | Peace Circle Barricade Photo | | | |
| 717 | Area Closed sign (close up) | | | |
| | | | | |
| **800 Series – Legal/Congressional Records & USSS Communications** | | | | |
| 801 | 3 U.S. Code § 15 | | | |
| 802 | 3 U.S. Code § 16 | | | |
| 803 | 3 U.S. Code § 17 | | | |
| 804 | 3 U.S. Code § 18 | | | |
| 805 | Congressional Record – House | | | |
| 806 | Congressional Record – Senate | | | |
| 807 | S. Con. Res. 1 | | | |
| 808 | U.S. Const. 12th Amendment | | | |
| 809 | CURRENTLY UNUSED | | | |
| 810 | Pence Head of State Notification Email | | | |
| 811 | Head of State Worksheet | | | |
| 812 | USSS Audio A | | | |
| 813 | USSS Audio B | | | |
| 814 | USSS Audio C | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Stipulation/Witness |
|---|---|---|---|---|
| **900 Series – Stipulations** | | | | |
| 901 | | | | |
| 902 | | | | |
| 904 | | | | |
| 905 | | | | |
| 906 | | | | |
| 908 | | | | |
| 909 | | | | |