## UNITED STATES DISTRICT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Criminal No: 1:22-cr-00074 (JMC)** |
| | ) |
| **MICHAEL GIANOS** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT'S CONSENT REQUEST TO PARTICIPATE IN
## SENTENCING HEARING IN PERSON

Defendant, Michael Gianos, by and through undersigned counsel John Pierce, hereby submits this motion to respectfully request the court to allow Defendant and counsel to appear in person for the sentencing hearing, scheduled for July 25, 2023, at 10:00 AM before Judge Jia M. Cobb. We have conferred with the government and they have consented to this request, and are able to appear in person as well.

WHEREFORE, Defendant Michael Gianos, respectfully requests this Court to grant said relief and allow them to appear in person in the interests of fairness and justice.

Dated: July 24, 2023                                    Respectfully Submitted,


                                                        */s/ John M. Pierce*
                                                        John M. Pierce
                                                        21550 Oxnard Street
                                                        3rd Floor, PMB #172
                                                        Woodland Hills, CA 91367

1

Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com
*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I, John M. Pierce, hereby certify that on this day, July 24, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*<u>/s/ John M. Pierce</u>*
John M. Pierce
